UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KHAMHOM KEODARA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, Commissioner of Social Security, <br><br> Defendant. | Case No. C12-323-MJP-JPD <br><br><br> REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 1. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 20.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge ("ALJ"). On remand, the ALJ shall: (1) update and consider as a whole the medical evidence of record, consider the evidence submitted to the Appeals Council, and give further consideration to the totality of the plaintiff's medical conditions, including heart disease and dementia, and explain the weight given to such opinion evidence; (2) reconsider whether the

1  plaintiff's heart disease and dementia are severe impairments; (3) give further consideration to
2  the plaintiff's maximum residual functional capacity with respect to all exertional and non-
3  exertional impairments and provide an appropriate rationale with specific references to evidence
4  of record in support of the assessed limitations; (4) reconsider the plaintiff's ability to perform
5  her past relevant work or other work existing in the national economy; and (5) if warranted by
6  the expanded record, obtain evidence from a vocational expert to clarify the effect of the
7  assessed limitations on the plaintiff's occupational base.

8   Upon proper presentation, the Court will consider the plaintiff's application for attorney
9  fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, and 406(b), if appropriate. A
10 proposed order accompanies this Report and Recommendation.

11  DATED this 12th day of July, 2012.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
United States Magistrate Judge